UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITY NOEL GERMAIN,<br><br>      Petitioner,<br><br>      v.<br><br>JUSINO, Warden,<br><br>      Respondent. | Case No. 23-cv-03441 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO PAY THE FILING FEE OR FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On July 11, 2023, Petitioner, a federal prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Dkt. No. 1. On the same day, the Clerk sent Petitioner a notice informing him that the action was deficient because she did not pay the filing fee or file an *In Forma Pauperis* ("IFP") application. Dkt. No. 2. Petitioner was directed to respond within twenty-eight days or else the case would be dismissed. *Id*. This matter was reassigned to the Undersigned on August 30, 2023. Dkt. No. 7.

The Court notes that on July 27, 2023, Petitioner filed a letter stating that she submitted the Certificate of Funds to a prison officer for mailing. Dkt. No. 5. However, no further documents have been received from Petitioner to date. In the interest of justice, Petitioner shall be granted an extension of time to either pay the filing fee or file a complete IFP application showing indigency. Petitioner shall do so **no later than twenty-**

**eight (28) days** from the filing date of this order.

**Failure to respond to this order in the time provided will result in the dismissal without prejudice of this action without further notice to Petitioner.**

IT IS SO ORDERED.

Dated: ___September 7, 2023__

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to pay fee or file IFP
P:\PRO-SE\BLF\HC.23\03441Germain_eot-ifp.docx