UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARITY N. GERMAIN,

    Petitioner,

v.

JUSINO, Warden,

    Respondent.

Case No. 23-cv-03441 BLF (PR)

**JUDGMENT**

For the reasons set forth in the Court's Order of Dismissal, judgment is entered in favor of Respondent.

The Clerk shall close the case and terminate all pending motions.

**IT IS SO ORDERED.**

Dated: __November 9, 2023_____

    BETH LABSON FREEMAN
    United States District Judge

Judgment
PRO-SE\BLF\HC.23\03441Germain.judgment